**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                              NO. 4:02CR00221-003 SWW

MICHAEL GLENN BOGARD

### ORDER

The above entitled cause came on for hearing on petition to revoke the supervised released previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Upon the basis of the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motion is granted, and the supervised release previously granted this defendant in the above matter be, and it hereby is, revoked.

IT IS FURTHER ORDERED that defendant is sentenced to time served with a special condition that he shall serve SIX (6) MONTHS in home detention with electronic monitoring.  Defendant shall pay the cost of such monitoring which will begin as soon as possible under the guidance and direction of the U. S. Probation Office.

All terms and conditions previously imposed shall remain in full force and effect during defendant's term in home detention.

After successfully completing the period of home detention, there will be no additional supervised release to follow.

IT IS SO ORDERED this 20th day of April, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE